of Columbia denied. *Messrs. Joseph D. Sullivan, Daniel W. O'Donoghue,* and *Arthur A. Alexander* for petitioners. *Mr. Leo P. Harlow* for respondents.

No. 988. MISSOURI-KANSAS-TEXAS RAILWAY COMPANY *v.* J. L. TARTER. March 22, 1926. Petition for writ of certiorari to the Supreme Court of the State of Kansas denied. *Messrs. W. W. Brown* and *Joseph M. Bryson* for petitioner. *Mr. Charles Stephens* for respondent.

No. 989. DENNIS B. CHAPIN *v.* D. A. WALKER, UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS. March 22, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. C. M. Chambers* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for respondent.

No. 990. ANDREW W. MELLON, DIRECTOR GENERAL OF RAILROADS, AND AS AGENT THEREOF UNDER THE LAWS OF THE UNITED STATES, *v.* JOHN HUSSEY. March 22, 1926. Petition for writ of certiorari to the Court of Appeals of Hamilton County, State of Ohio, denied. *Messrs. George Hoadly, Benton S. Oppenheimer,* and *Edward Colston* for petitioner. *Mr. John C. Herrmann* for respondent.

No. 991. S. J. FAIRCLOTH *v.* J. A. LOVETT, TRUSTEE IN BANKRUPTCY OF H. F. LILLY, TRADING AS H. F. LILLY & COMPANY. March 22, 1926. Petition for writ of certiorari to the Circuit Court of Appeals of the Fifth Circuit denied. *Mr. Daniel McDougald* for petitioner. *Mr. Omer W. Franklin* for respondent.